IRMA WOLF, Appellant, *v.* 243 CORPORATION, Respondent.

(Submitted October 28, 1932; decided December 6, 1932.)

*S. Charles Sheer* and *William H. Schreiber* for appellant.
*Aaron William Levy* and *Louis E. Goldstein* for respondent.

Judgment affirmed, with costs, on the ground that no exception presents a question of law for review in this court. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.